IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 23-cr-33-jdp |
| | 18 U.S.C. § 2113(a) |
| RICHARD L. CHAPMAN, | |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 3, 2023, in the Western District of Wisconsin, the defendant,

RICHARD L. CHAPMAN,

knowingly took by violence and intimidation, from the person and presence of others, money belonging to and in the care, custody, control, management, and possession of the Park Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(In violation of Title 18, United States Code, Section 2113(a)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 4/05/2023

_____
TIMOTHY M. O'SHEA
United States Attorney